BEFORE THE FIRST DIVISION, FEBRUARY 28, 1952

**No. 56428.**—Tuck High & Co. *v.* United States, protests 8777–K and 55329–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of playing cards composed of synthetic resin similar in all material respects to the articles the subject of Abstract 55297. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 56429.**—Cohen & Mann et al. *v.* United States, protests 981270–G, etc. (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of mah jong sets composed of synthetic resin similar in all material respects to the synthetic resin articles the subject of Abstract 54651. The claim at 20 percent under paragraph 1558 was therefore sustained.